Shewanda HUBBARD, Plaintiff–Appellant

v.

WINN–DIXIE MONTGOMERY, L.L.C., Defendant–Appellee.

No. 14–30279.

United States Court of Appeals, Fifth Circuit.

Feb. 20, 2015.

Michael Jay Begoun, Wolfe, Begoun & Pick, L.L.C., New Orleans, LA, for Plaintiff–Appellant.

Trevor Charles Davies, Peter J. Wanek, McCranie, Sistrunk, Anzelmo, Hardy, McDaniel & Welch, L.L.C., New Orleans, LA, for Defendant–Appellee.

Before STEWART, Chief Judge, BARKSDALE, and GRAVES, Circuit Judges.

PER CURIAM: \*

Winn–Dixie Montgomery, LLC was awarded summary judgment in an action

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

by Shewanda Hubbard involving a slip and fall. Hubbard appeals. Having reviewed the briefs, the record, and the applicable law, and essentially for the reasons stated by the district court, *Hubbard v. Winn–Dixie Montgomery, LLC*, No. 13–0504, 2014 WL 1050768 (E.D.La. March 18, 2014), the judgment is AFFIRMED.